2025R00703/LDK

**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

SEP 23 2025

AT 8:30 11:14 a.M
CLERK, U.S. DISTRICT COURT - DNJ

/m

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jamel K. Semper |
| v. | : | Crim. No. 25-568 |
| DEAN MCCOVERY | : | 18 U.S.C. § 922(g)(1) |

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

On or about September 11, 2025, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**DEAN MCCOVERY,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, namely, one 9mm Taurus semi-automatic pistol bearing serial number AGC115350, and 36 rounds of 9mm ball point ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), as charged in this Indictment, the defendant,

**DEAN MCCOVERY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the commission of such offense, including, but not limited to, the following:

1) one 9mm Taurus semi-automatic pistol bearing serial number AGC115350, and
2) 36 rounds of 9mm ball point ammunition.

### Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c),

to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL



TODD BLANCHE
U.S. Deputy Attorney General

*Alina Habba /RLW*
ALINA HABBA
Acting United States Attorney and
Special Attorney

_____
LAUREN KOBER
Assistant United States Attorney

CASE NUMBER: **25-568**

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**DEAN MCCOVERY**

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)

A True Bill,

[redacted]

TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

LAUREN D. KOBER
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-6104